UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
CHRISTOPHER SADOWSKI, :
:
                Plaintiff, :
: 23-CV-337 (VSB)
        -against- :
: **ORDER**
TRIBUNA ABIERTA, INC., :
:
                Defendant. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        On March 20, 2023, Defendant Tribuna Abierta, Inc. was served via an authorized agent. (Doc. 9.) Defendant failed to answer or otherwise respond to the Complaint by the April 10, 2023 deadline. (*See* Doc. 9.) On April 11, 2022, Plaintiff filed a proposed certificate of default and corresponding affirmation against the Defendant. (Docs. 10, 11.) The Clerk's Office entered a certificate of default against Defendant on April 12, 2023. (Doc. 12.) To date, Plaintiff has failed to comply with the remaining default judgment procedures. Accordingly, it is hereby

        ORDERED that Plaintiff follow the default judgment procedures outlined in Attachment A of my Individual Rules and Practices in Civil Cases and submit the required filings by May 25, 2023.

SO ORDERED.

Dated:    May 11, 2023
             New York, New York

                                                            _____
                                                               VERNON S. BRODERICK
                                                               United States District Judge