UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHRISTOPHER SADOWSKI,                                       :
                                                            :
                Plaintiff,                          :
                                                            :         23-CV-337 (VSB)
     -against-                                            :
                                                            :         **ORDER**
TRIBUNA ABIERTA, INC.,                                      :
                                                            :
                Defendant.                          :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On May 11, 2023, I ordered Plaintiff to file for default judgment in accordance with the procedures outlined in my Individual Rules and Practices in Civil Cases. (Doc. 13.) In accordance with that Order, Plaintiff filed a proposed order, (Doc. 16), but the document currently filed as the proposed order is actually a duplicate of the proposed final judgment and was therefore flagged as deficient by the Clerk's Office. Accordingly, it is hereby

       ORDERED that Plaintiff file a new proposed order by June 2, 2023.

SO ORDERED.

Dated:    May 31, 2023
             New York, New York

                                                               VERNON S. BRODERICK
                                                               United States District Judge