```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
CHRISTOPHER SADOWSKI,                                      :
                                                           :
                            Plaintiff,                     :
                                                           :      23-CV-337 (VSB)
              -against-                                    :
                                                           :           ORDER
TRIBUNA ABIERTA, INC.,                                     :
                                                           :
                            Defendant.                     :
                                                           :
---------------------------------------------------------- X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on January 13, 2023.  (Doc. 1.)  In the complaint, Plaintiff asserts "[f]ollowing Plaintiff's discovery, Plaintiff notified Defendant in writing of such unauthorized use.  To date, Plaintiff has been unable to negotiate a reasonable license for the past infringement of his Work."  (*Id.* ¶ 22.)  On March 20, 2023, Defendant Tribuna Abierta, Inc. was served via an authorized agent through the Office of the Secretary of State of the State of New York.  (Doc. 9.)  Accordingly, it is hereby

      ORDERED that Plaintiff file a letter by June 28, 2023, explaining the nature of Plaintiff's contact with the Defendant, without revealing the substance of the conversation, but including when the contact took place, the relevant contact information used, including any mailing address or email address, and whether Defendant responded to the notice of unauthorized use.

SO ORDERED.

Dated:    June 22, 2023
             New York, New York

                                                                       */s/ Vernon Broderick*
                                                                       VERNON S. BRODERICK
                                                                       United States District Judge