

Copycat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T  877-HERO-CAT (877-437-6228)
E  help@copycatlegal.com

June 28, 2023

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
Manhattan, New York, New York 10007

*RE:   Christopher Sadowski v. Tribuna Abierta, Inc., Case No. 1:23-cv-00337*

Dear Judge Broderick:

      This law firm represents plaintiff Christopher Sadowski ("Plaintiff") in the above-referenced matter. I write regarding the Court's June 22, 2023, Order that Plaintiff file a letter by June 28, 2023, explaining the nature of Plaintiff's contact with the Defendant, without revealing the substance of the conversation, but including when the contact took place, the relevant contact information used, including any mailing address or email address, and whether Defendant responded to the notice of unauthorized use. See D.E. 25.

      On May 13, 2022, Plaintiff sent its demand package to Defendant via email (mlesnick@aol.com) and FedEx (395 Westchester Avenue, Apartment E, Port Chester, NY 10573). On June 8, 2022, Plaintiff received a call from Jeffrey Binder, Esq. (914-946-3191) purporting to represent Defendant regarding the demand letter. On June 22, 2022, Mr. Binder spoke with undersigned counsel, and Mr. Binder represented he would speak with his client in order to provide an offer.

      On June 30, July 7, July 14, July 20, July 27, September 9, and September 19 of 2022, undersigned counsel sent follow-up emails to Mr. Binder (jbinder@jeffreybinderlaw.com). On January 13, 2023, Plaintiff filed its Complaint in this action. See D.E. 1. Defendant was served on March 20, 2023. See D.E. 9. On March 22, 2023, Plaintiff mailed correspondence via United States Mail (395 Westchester Avenue, Apartment E, Port Chester, NY 10573) and April 3, 2023 via email (jbinder@jeffreybinderlaw.com) to Defendant informing it that a response to the Complaint was due April 10, 2023.

On April 17, 2023, Mr. Binder emailed undersigned counsel regarding settlement, which undersigned counsel responded to on April 21, 2023. However, undersigned counsel did not receive a response and sent three (3) follow up emails on May 3, 2023.

Respectfully submitted,

Daniel DeSouza, Esq.