UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
CHRISTOPHER SADOWSKI,                                  :
                                                       :
                              Plaintiff,               :
                                                       :               23-CV-337 (VSB)
                    -against-                           :
                                                       :                  **ORDER**
TRIBUNA ABIERTA, INC.,                                 :
                                                       :
                              Defendant.               :
                                                       :
------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On July 6, 2023, I ordered the parties to appear for a telephonic hearing on August 31,

2023 at 11:00 AM, using the dial-in 1-888-363-4749 and the access code 2682448, to discuss

Plaintiff's Proposed Default Judgement.  (Doc.27.)  It is hereby

ORDERED that the hearing is now rescheduled for August 30, 2023 at 4:00 PM.

SO ORDERED.

Dated:      August 18, 2023
            New York, New York
                                                    _____
                                                    VERNON S. BRODERICK
                                                    United States District Judge