UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
CHRISTOPHER SADOWSKI,                                      :
                                                           :
                          Plaintiff,                       :
                                                           :         23-CV-337 (VSB)
         -against-                                         :
                                                           :         **ORDER**
                                                           :
TRIBUNA ABIERTA, INC.,                                     :
                                                           :
                          Defendant.                       :
                                                           :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      This action having been commenced on January 13, 2023 by the filing of the Complaint, (Doc. 1), and Defendant Tribuna Abierta, Inc. having been served on March 20, 2023, (Doc. 9), and the Defendant not having appeared or answered the Complaint and the time for answering the Complaint having expired, I held an Order to Show Cause hearing in this action. The Order to Show Cause hearing was held on August 30, 2023, at 4:00 p.m. Defendant failed to appear at that hearing. Accordingly, it is hereby:

      ORDERED that a default is entered against Tribuna Abierta, Inc. as to liability.

      IT IS FURTHER ORDERED that this action be referred to Magistrate Judge Robert W. Lehrburger for an inquest into damages.

SO ORDERED.

Dated: August 30, 2023
       New York, New York

*[Signature]*
Vernon S. Broderick
United States District Judge