USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER SADOWSKI,

                         Plaintiff,

          - against -

TRIBUNA ABIERTA, INC.

                         Defendant.
-------------------------------------------------------------X

23-CV-337 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This matter has been referred to me for an inquest on damages after entry of default. By September 14, 2023, Plaintiff shall file (1) a letter stating whether he stands on the materials submitted in support of default judgment as support for the inquest; and (2) if applicable, any additional materials that Plaintiff wishes to submit in support of the inquest.

      Any submission from Defendant with respect to the inquest must be filed by September 28, 2023.

      Plaintiff shall serve a copy of this order on Defendant by September 1, 2023, and shall file proof of service by September 6, 2023.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: August 31, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1