

Copycat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T  877-HERO-CAT (877-437-6228)
E  help@copycatlegal.com

September 6, 2023

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
Manhattan, New York, New York 10007

*RE:     Christopher Sadowski v. Tribuna Abierta, Inc., Case No. 1:23-cv-00337*

Dear Judge Broderick:

      This law firm represents plaintiff Christopher Sadowski ("Plaintiff") in the above-referenced matter. I write regarding the Court's August 31, 2023, Order on the inquest on damages after the entry of default (the "Order"). See D.E. 32.

      The Order required Plaintiff serve a copy of the order on Defendant by September 1, 2023. Undersigned counsel overlooked the deadline to serve Defendant and served Defendant on September 6, 2023. To the extent this influences the court to amend any deadlines, Plaintiff wanted to bring this matter to the Court's attention.

      Respectfully submitted,

Daniel DeSouza, Esq.

1 | Page