

Copycat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T 877-HERO-CAT (877-437-6228)
E help@copycatlegal.com

September 12, 2023

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
Manhattan, New York, New York 10007

*RE:   Christopher Sadowski v. Tribuna Abierta, Inc., Case No. 1:23-cv-00337*

Dear Judge Broderick:

      This law firm represents plaintiff Christopher Sadowski ("Plaintiff") in the above-referenced matter. I write regarding the Court's August 31, 2023, Order on the inquest on damages after the entry of default (the "Order"). See D.E. 32. The Order required Plaintiff to file (1) a letter stating whether he stands on the materials submitted in support of default judgment as support for the inquest; and (2) if applicable, any additional materials that Plaintiff wishes to submit in support of the inquest.

      Plaintiff stands on the materials submitted in support of default judgment as support for the inquest. The motion for default judgment, however, did not attach copies of Plaintiff's invoices referenced at page 10. Plaintiff hereby submits invoices as further support for the inquest on damages.

                                              Respectfully submitted,

                                              Daniel DeSouza, Esq.

**Christopher Sadowski**
96 Ninth Avenue
Hawthorne, NJ 07506 USA
973-650-5382
cdsadowski@aol.com
csnyphoto@gmail.com
www.csnyphoto.com

# INVOICE

INVOICE #2001
DATE: 7/9/2020

**TO:**
CBS Broadcasting Inc.
524 W57th Street
New York, NY 10019

**FOR:**
Photo Licensing

| DESCRIPTION | AMOUNT |
|---|---|
| Michael Cohen spotted dining at outdoor restaurant while supposed to be under house arrest | $1,800.00 |
| **Total Due:** | $1,800.00 |

- **Please make checks payable to: <u>Christopher Sadowski</u>**

**Christopher Sadowski**
96 Ninth Avenue
Hawthorne, NJ 07506 USA
973-650-5382
cdsadowski@aol.com
csnyphoto@gmail.com
www.csnyphoto.com

# INVOICE

INVOICE #2002
DATE: 7/9/2020

**TO:**
Fox News
1211 Avenue of the Americas
New York, NY 10036

**FOR:**
Photo Licensing

| DESCRIPTION | AMOUNT |
|---|---|
| Michael Cohen spotted dining at outdoor restaurant while supposed to be under house arrest | $2,100.00 |
| **Total Due:** | $2,100.00 |

- **Please make checks payable to: <u>Christopher Sadowski</u>**

**Christopher Sadowski**
96 Ninth Avenue
Hawthorne, NJ 07506 USA
973-650-5382
cdsadowski@aol.com
csnyphoto@gmail.com
www.csnyphoto.com

# INVOICE

INVOICE #2102
DATE: 10/20/2021

**TO:**
Fox News
1211 Avenue of the Americas
New York, NY 10036
Michaela.Hebbeler@fox.com

**FOR:**
Video Licensing

| DESCRIPTION | AMOUNT |
|---|---|
| Immigrants from the southern border arriving on secret flights at Westchester County Airport<br><br>- One time use on Hannity show<br>- On air broadcast and online use permitted<br>- Will not be licensed for any other Fox News Channel show until afternoon on 10/21/2021 | $2,000.00 |
| **Total Due:** | $2,000.00 |

- **Please make checks payable to: <u>Christopher Sadowski</u>**

**Christopher Sadowski**
96 Ninth Avenue
Hawthorne, NJ 07506 USA
973-650-5382
cdsadowski@aol.com
csnyphoto@gmail.com
www.csnyphoto.com

# INVOICE

INVOICE #2103
DATE: 10/21/2021

**TO:**
Fox News
1211 Avenue of the Americas
New York, NY 10036
Kyra.Colah@fox.com

**FOR:**
Photo and Video Licensing

| DESCRIPTION | AMOUNT |
|---|---|
| Immigrants from the southern border arriving on secret flights at Westchester County Airport<br><br>- Unlimited term license<br>- On air broadcast and online use allowed in perpetuity<br>- Can be published by all Fox News Channel platforms | $4,000.00 |
| **Total Due:** | $4,000.00 |

- **Please make checks payable to: <u>Christopher Sadowski</u>**

**Christopher Sadowski**
96 Ninth Avenue
Hawthorne, NJ 07506 USA
973-650-5382
cdsadowski@aol.com
csnyphoto@gmail.com
www.csnyphoto.com

# INVOICE

INVOICE #2201
DATE: 10/5/2022

**BILL TO:**

Trend Micro Incorporated
225 East John Carpenter Freeway,
Suite 1500
Irving, Texas 75062

**FOR:**

Photo Licensing

| DESCRIPTION | AMOUNT |
|---|---|
| Home Depot store front Paterson, New Jersey<br><br>- One-year term license<br>- Photo may be published online<br><br>**PAID** | $2,000.00 |
| **Total Due:** | $2,000.00 |

**Terms and Conditions:**

1. This agreement is between Christopher ("Photographer") and Client. Copyright and all film, prints, media, and digital files remain the property of Photographer. The only rights granted to the Photograph(s) are those specifically set forth herein above. All other rights are reserved by Photographer. Rights granted may not be transferred or assigned, in whole or in part, whether voluntary or by operation of law without the express written consent of Photographer. Client waives all defenses arising under section 107 of the Copyright Act and waives all

revision and reproduction rights or privileges under section 201 of the Act. This agreement is not a work made for hire. This license shall be governed under the laws of the place of residence of Photographer. Client agrees to personal jurisdiction in the state of residence of photographer.

2. Payment: No rights are granted until payment is received in full. Failure to make timely payment shall be deemed an act of copyright infringement under the United States Copyright Act. A detailed accounting of fees and production charges will be provided in the invoice, but unless specifically stated no vendor receipts will be provided.

3. Warrants & Liability: Photographer warrants that Photographs were created by him/her and he/she has authority to license their use to Client.