**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRISTOPHER SADOWSKI,

                              Plaintiff,                             23 **CIVIL** 0337 (VSB)(RWL)

                    -against-                                 **JUDGMENT**

TRIBUNA ABIERTA, INC.,

                               Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Amended Order dated March 4, 2025, the Court adopts the Report in its entirety. Judgment entered in Plaintiff's favor of $7,200 in statutory damages; pre-judgment interest on the statutory damages at a rate of 4.12% starting from January 13, 2023, for the total pre-judgment interest amount of $635.34; and $3,647.52 in attorneys' fees and costs. Accordingly, the case is closed.

**Dated:**  New York, New York

        March 5, 2025

                                       **TAMMI M. HELLWIG**
                                        **Clerk of Court**

**BY:** _____
                                      **Deputy Clerk**